UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v.    § | CIVIL ACTION NO. |
| § | |
| $60,725 IN U.S. CURRENCY, § | |
| Defendant. § | |

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

United States of America, Plaintiff, files this action for forfeiture against $60,725 in United States currency.

*Nature of the Action*

1. This civil action in rem is being brought to enforce the civil forfeiture statutes of 31 U.S.C. §§ 5317(c)(2) and 5332(c) which provides for the civil forfeiture of any property involved in violations of 31 U.S.C. §§ 5316 and §5332(a).

2. Under 31 U.S.C.A. § 5316(a)(1)(A), it is a crime for a person not to report that they are about to transport more than $10,000 in United States currency out of the United States. The United States currency involved in a violation of 31 U.S.C. §5316 is subject to civil forfeiture under 31 U.S.C. §5317(c)(2).

3. Under 31 U.S.C. §5332(a), it is a crime to smuggle bulk cash out of the

United States. Section 5332(a) provides that whoever, with the intent to evade a currency reporting requirement, knowingly conceals more than $10,000 in monetary instruments on their person, and transports the monetary instruments into the United States shall be guilty of a currency smuggling offense. Civil forfeiture is authorized by 31 U.S.C. §5332(c) for any property involved in this violation and any property traceable to such violation or conspiracy, may be seized and forfeited to the United States.

*Jurisdiction and Venue*

4. This Court has jurisdiction pursuant to 28 U.S.C. §1355(a) because this is an action for forfeiture under an Act of Congress.

5. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355(b) and 1395(a) and (b) because the acts or omissions giving rise to the forfeiture occurred in the Southern District of Texas, the property was found and is located in the Southern District of Texas, and this forfeiture action accrued in the Southern District of Texas.

*Defendant in Rem*

6. Defendant in rem is $60,725 in United States currency that was seized at the George Bush Intercontinental Airport in Houston, Texas, from George Jon Kioussis on September 10, 2007.

*Facts*

7. On September 10, 2007, George Jon Kioussis was leaving the United States en-route to Athens, Greece via Frankfurt, Germany on Lufthansa flight 441 from George Bush Intercontinental Airport in Houston, Texas. He was selected by a Customs and Border Protection Officer (Officer) for an outbound customs examination. The Officer asked George Jon Kioussis whether he was carrying more than $10,000 out of the United States. George Jon Kioussis told the Officer verbally and in writing that he was not carrying more that $10,000.

8. During a secondary inspection of George Jon Kioussis, Officers found that George Jon Kioussis was carrying approximately $60,725 in U.S. currency. George Jon Kioussis had bundles of cash in his waist area, pants pocket, carry on luggage, and checked luggage.

9. George Jon Kioussis told Special Agents, Immigration and Customs Enforcement, that he did not declare all of the money that he was carrying because of safety and security reasons.

*Relief Requested*

10. The $60,725 in U. S. currency was involved in the violation of 31 U.S.C. §§ 5316 and §5332(a) and is subject to civil forfeiture under 31 U.S.C. §§ 5317(c)(2) and 5332(c).

11. Plaintiff requests the following:

    a.    Arrest Warrants and summons, citing all persons having an interest in the defendant property to appear on the return day of process by filing a claim and answer pursuant to Rule G(5), Supplemental Rules for Certain Admiralty and Maritime Claims, or as ordered by this Court,

    b.    A judgment of forfeiture, and

    c.    Costs and other relief to which the Plaintiff may be entitled.

Respectfully submitted,

Donald J. DeGabrielle
United States Attorney

By: /s/ Albert Ratliff
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300

## VERIFICATION

I, John Torres, Senior Special Agent, United States Immigration and

Customs Enforcement, declare under penalty of perjury as provided by 28 U.S.C. §1746 that I have read this Verified Complaint for Forfeiture in Rem, and that the facts stated in the complaint are based upon my personal knowledge or from information obtained in the course of my investigation and are true and correct to the best of my knowledge and belief.

Executed on October 11, 2007.

John Torres, Senior Special Agent,
U. S. Immigration and Customs Enforcement