UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No.: 07-03367 |
| : | |
| $60,725 IN U.S. CURRENCY, : | |
| : | |
| Defendant, : | |
| : | |
| v. : | |
| : | |
| GEORGE J. KIOUSSIS, : | |
| : | |
| Claimant. : | |
| _____/ | |

## ORDER

This cause having come before the Court on Claimant's Motion for Summary Judgment, having considered all of the papers and pleadings in this matter, it is hereby ORDERED that Claimant's Motion for Summary Judgment is GRANTED; and, it is further ORDERED that the forfeiture of the defendant currency is grossly disproportional to the reporting offense; and, it is further

ORDERED that the forfeiture is eliminated and the defendant currency including interest thereon shall be immediately returned to the claimant.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated:  Houston, Texas
        This _____ day of _____, 2008.