UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 07-03367 |
| $60,725 IN U.S. CURRENCY, | : |
| Defendant, | : |
| v. | : |
| GEORGE J. KIOUSSIS, | : |
| Claimant. | : / |

### CLAIMANT'S PETITION ON EXCESSIVENESS

Claimant, George J. Kioussis, by and through his undersigned attorney, petitions the Court pursuant to 18 U.S.C. §983(g)(1) to make a determination that the plaintiff's forfeiture of all of the defendant currency is constitutionally excessive and that the defendant currency plus lawful interest should be refunded to the claimant..

Respectfully submitted,

By: /s/ Peter S. Herrick
Peter S. Herrick
Peter S. Herrick, P.A.
Attorney for Claimant
*Pro Hac Vice*
3520 Crystal View Court

1

                                          Miami, Florida 33133
                                          Tel. 305-858-2332
                                          Fax. 305-858-6347
                                          Email. pherrick@bellsouth.net

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above-described document was electronically filed and a copy mailed to Albert Ratliff, Esq., Assistant U. S. Attorney, attorney for the plaintiff, P. O. Box 61129, Houston, TX 77208 on June 25, 2008..


                                          /s/ Peter S. Herrick
                                          Peter S. Herrick