United States District Court
for the
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| United States of America<br>Plaintiff | § § § | |
| v. | § § § § § | Civil Action No. 4:07-cv-3367 |
| $60,725.00 in U.S. Currency<br>Defendant | | |

## AGREED FINAL JUDGMENT OF FORFEITURE

The Court finds under 28 U.S.C. §2465(a)(2) that there was reasonable cause for the seizure or arrest of Defendant in rem $60,725.00.

It is ORDERED that:

1. $28,000.00 of Defendant property is forfeited to the United States. The United States Department of Homeland Security shall dispose of the funds.

2. U.S. Customs and Border Protection shall return $32,725.00 of Defendant property to Claimant, George J. Kioussis by issuing a $32,725.00 refund via an Automated Clearing House electronic payment to Peter S. Herrick, P.A.'s ACH Account. This account is on record with the National Finance Center under Taxpayer

Identification Number 77062581600,

3. Claimant George J. Kioussis will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action,

4. Each party will bear their costs including attorneys' fees, and

5. Any relief not specifically granted is denied.

6. This is a Final Judgment.

Signed on September 28, 2009

Melinda Harmon
United States District Judge

Agreed as to form and substance:

_____
Peter S. Herrick, Esq.
Attorney for Claimant
Date: 09/14/09

/s/ _____
Albert Ratliff
Assistant U.S. Attorney
Date: 9/16/2009